Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000132
12-APR-2012
11:28 AM

NO. CAAP-10-0000132

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

PAIGE ELLEN ROBINSON, nka PAIGE ELLEN CALAHAN,
Plaintiff-Appellant,
v.
MARCUS ROLAND ROBINSON, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 07-1-0274)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) Plaintiff-Appellant Paige Ellen Calahan, fka Paige Robinson, filed a notice of appeal on November 8, 2010; (2) The record on appeal was filed on March 14, 2011, and the appellate clerk informed Appellant the jurisdictional statement was due March 24, 2011 and the opening brief was due April 25, 2011; (3) thereafter, Appellant requested and was granted extensions of time to file the statement of jurisdiction and the opening brief,

but she did not file either document; (4) on March 14, 2012, the appellate clerk informed Appellant that: (a) the time for filing the statement of jurisdiction and the opening brief expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure (HRAP), the matter would be called to the attention of the court on March 24, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed; and (5) Appellant did not respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, April 12, 2012.

Presiding Judge

Associate Judge

Associate Judge